# First District Court of Appeal
## State of Florida

——————————————————

No. 1D2024-2915

——————————————————

Christopher Mayer,

    Appellant,

v.

Dustin Yawn and The Resort
Collection, LLC,

    Appellees.

——————————————————

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

March 11, 2026

Per Curiam.

    Affirmed.

Lewis, Rowe, and Nordby, JJ., concur.

——————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

——————————————————

Chad A. Barr of Chad Barr Law, Altamonte Springs, for Appellant.

Ramsey Revell of Andrews, Crabtree, Knox & Longfellow, LLP, Tallahassee, for Appellees.